IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                              CRIMINAL NO. 15-CR-30001-DRH-1

DAVID L. BRADFORD

    Defendant.

## ORDER

Now before the Court is defendant David L. Bradford's *pro se* motion to reconsider (Doc. 102) the Court's order denying his motion to suppress (Doc. 101). It is well established that courts have no obligation to consider *pro se* motions filed by defendants with counsel. See *United States v. Rollins*, 309 F. App'x 37, 38 (7th Cir. 2009) ("Rollins has no right to file a *pro se* brief or motion in any court while counsel represents him."); *United States v. Williams*, 495 F.3d 810, 813 (7th Cir. 2007); *United States v. Gwiazdzinski*, 141 F.3d 784, 787 (7th Cir. 1998) ("A defendant does not have an affirmative right to submit a pro se brief when represented by counsel."). In the instant case, defendant is represented by counsel and the Court declines to consider defendant's *pro se* motion. Should counsel wish to file a motion to reconsider, with his knowledge of the law of evidence, he is fully capable of taking that action.

For the reasons stated herein, the motion to reconsider is **DENIED** without prejudice. Should counsel choose to file a motion to reconsider, the Court will address the issue at that time.

    **IT IS SO ORDERED.**

Signed this 24th day of September, 2015

Digitally signed by
David R. Herndon
Date: 2015.09.24
13:34:32 -05'00'

**United States District Court**