# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　**NO. 3:15-cr-30001-DRH-1**

**DAVID L. BRADFORD,**

    **Defendant.**

## ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
## (FINAL ORDER OF FORFEITURE)

On January 11, 2017, this court entered an order for forfeiture against defendant David L. Bradford for the following property which had been seized from the defendant:

> **One Magnum Research, Desert Eagle, .50 caliber semi-automatic pistol, bearing serial number 43200924;**
>
> **One Romarm Cugir Draco, 7.62 x 39mm caliber semi-automatic pistol, bearing serial number DA-0777-12;**
>
> **One SKS 7.62 X 39 caliber rifle, bearing serial number 2427858;**
>
> **One Volunteer Enterprises Inc., Model Commando Mark III, .45 caliber rifle, bearing serial number 23818;**
>
> **One Mossberg International, 715T, .22 long rifle caliber rifle, bearing serial number ELL3593175; and**
>
> **any and all ammunition contained in or with the firearms.**

The order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21

U.S.C. § 853(n)(7).

The court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning March 19, 2017, and ending April 17, 2017, and that no third party filed a petition within 30 days after the last date of the publication to allege an interest in the property.

Consequently, the court hereby finds, pursuant to 21 U.S.C. § 853(n)(7), that no third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the Order of Forfeiture filed on January 11, 2017, namely:

> **One Romarm Cugir Draco, 7.62 x 39mm caliber semi-automatic pistol, bearing serial number DA-0777-12.**

The Bureau of Alcohol, Tobacco, Firearms and Explosives shall dispose of the property according to law. The disposal may, at the discretion of the United States, include the destruction of the property. The destruction may be done at such time and location and by such persons as designated by the Bureau of Alcohol, Tobacco, Firearms and Explosives.

Lastly, the United States informed the court that it has abandoned the criminal forfeiture of the following property for the reason that the property has been administratively forfeited:

> **One Magnum Research, Desert Eagle, .50 caliber semi-automatic pistol, bearing serial number 43200924;**
>
> **One SKS 7.62 X 39 caliber rifle, bearing serial number 2427858;**
>
> **One Volunteer Enterprises Inc., Model Commando Mark III, .45 caliber rifle, bearing serial number 23818;**

**One Mossberg International, 715T, .22 long rifle caliber rifle, bearing serial number ELL3593175; and**

**any and all ammunition contained in or with the firearms.**

The United States may retain the right to reinstate the criminal forfeiture should the administrative forfeited be set aside for any reason.

**IT IS SO ORDERED.**
Signed this 5th day of May, 2017.

Digitally signed by Judge David R. Herndon
Date: 2017.05.05 14:07:07 -05'00'

**UNITED STATES DISTRICT JUDGE**